# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| VENTURES TRUST 2013-I-H-R, | Case No.: 2:17-cv-02007-RFB-NJK |
|      Plaintiff(s), | **ORDER** |
| v. | |
| JOHN FLAHERTY, et al., | |
|      Defendant(s). | |

On December 28, 2017, Plaintiff obtained defaults against Defendants. Docket No. 14. No action has been taken since that time to advance this litigation. Accordingly, Plaintiff shall file, no later than July 3, 2018, either a status report or motions for default judgment.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge