# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, | Case No.: 2:17-cv-02007-RFB-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| JOHN FLAHERTY, et al., | |
| Defendant(s). | |

On July 3, 2018, Plaintiff represented that it would file motions for default judgment shortly after obtaining substitution as plaintiff. Docket No. 17 at 2. That substitution was granted on July 10, 2018, Docket No. 19, but motions for default judgment have not been filed. Accordingly, motions for default judgment shall be filed by January 25, 2019.

IT IS SO ORDERED.

Dated: January 11, 2019

_____
Nancy J. Koppe
United States Magistrate Judge